IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

GESA S. KALAFI-FELTON,

    Plaintiff,

v.

PETER HUIBREGTSE,
GARY BROUGHTON, BRIAN KOOL,
MELANIE HARPER and
DAVID GARDNER

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-480-slc

---

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Peter Huibregtse, Gary Broughton, Brian Kool, Melanie Harper and David Gardner granting their motion for summary judgment and dismissing this case.

_Peter Oppeneer_        10/10/12
Peter Oppeneer, Clerk of Court      Date